

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § |  |
|---|---|---|
| MANUEL CARRASCO-FLORES AKA NELSON FLORES-CARRASCO, | § | No. 08-13-00231-CR |
|  |  | Appeal from |
| Appellant, | § |  |
|  |  | 362nd District Court |
| v. | § |  |
|  |  | of Denton County, Texas |
| THE STATE OF TEXAS, | § |  |
|  |  | (TC # F-2012-2660-D) |
| Appellee. | § |  |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 14TH DAY OF MAY, 2015.

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.